1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY L. FRANKLIN,                    No.  2:14-cv-0057 KJM DAD P

12                 Plaintiff,

13        v.                                ORDER

14   F. FOULK et al.,

15                 Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with this civil rights action.  Pending before

18   the court is plaintiff's motion to compel.  Defendants Lee, Rohlfing, and Swingle have opposed

19   the motion as untimely.

20        Under the court's discovery and scheduling order, the parties were required to complete

21   discovery and file any motions to compel on or before March 13, 2015.  Plaintiff's motion to

22   compel filed on June 11, 2015, is therefore untimely.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. No 48)

24   is denied as untimely.

25   Dated:  July 17, 2015

26

27   DAD:9
     fran0057.oot

                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE
28

                                        1