1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY L. FRANKLIN,                      No.  2:14-cv-0057 KJM AC P (TEMP)

12                    Plaintiff,

13           v.                                ORDER

14    F. FOULK, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action.  Plaintiff has filed a

18    motion for a settlement conference.  Plaintiff is advised that, unless both parties in this case

19    request this court to conduct a settlement conference, the court will not schedule a court-

20    supervised settlement conference until after the court has ruled on any forthcoming dispositive

21    motions.

22          Plaintiff has also filed a motion for a trial.  Plaintiff is advised that the court will schedule

23    this matter for pretrial conference and trial, as appropriate, following adjudication of any

24    forthcoming dispositive motion (or the expiration of time for filing such a motion) and any court-

25    supervised settlement conference.

26    /////

27    /////

28    /////

                                               1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's motion for a settlement conference (Doc. No. 61) is denied without

3    prejudice; and

4        2.  Plaintiff's motion for a trial (Doc. No. 62) is denied without prejudice.

5    DATED: November 10, 2015

6    _____
     ALLISON CLAIRE
7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28