IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHNNY L. FRANKLIN,**<br><br>Plaintiff,<br><br>v.<br><br>**F. FOULK, et al.,**<br><br>Defendants. | 2:14-cv-00057 KJM AC (TEMP)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |

Defendants have filed a motion to modify the discovery and scheduling order to extend the deadline for the parties to file dispositive motions in this case. The parties are currently required to file any dispositive motions on or before December 7, 2015. Defendants note, however, that their motion to dismiss for failure to state a claim is still pending. On June 24, 2015, then-Magistrate Judge Dale A. Drozd issued findings and recommendations, recommending defendants' motion to dismiss be granted as to defendants Foulk and Zamora but denied as to defendants Kelsey and Ray. The assigned district judge has not yet issued an order adopting or rejecting the findings and recommendations.

/////

/////

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1.  Defendants' motion to modify the discovery and scheduling order to extend the deadline
3   to file dispositive motions (Doc. No. 65) is granted; and

4   2.  The parties shall file any dispositive motions on or before March 7, 2016.

5   DATED: December 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE