IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHNNY L. FRANKLIN,** | 2:14-cv-00057 KJM AC (TEMP) P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| **F. FOULK, et al.,** | |
| Defendants. | |

Defendants have filed motion to modify the discovery and scheduling order to extend the deadline to file a dispositive motion on the merits of plaintiff's claims until after the court has ruled on defendants' pending motion for summary judgment based on plaintiff's alleged failure to exhaust administrative remedies prior to filing suit as required.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order in this case (Doc. No. 72) is granted;

2. Defendants shall file any dispositive motion on the merits of plaintiff's claims on or before June 6, 2016;

/////

3. Except as otherwise provided in this order, the court's discovery and scheduling order remains in effect.

DATED: February 22, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE