IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHNNY L. FRANKLIN,** | 2:14-cv-00057 KJM AC (TEMP) P |
| Plaintiff, | |
| v. | **ORDER** |
| **F. FOULK, et al.,** | |
| Defendants. | |

Defendants have moved to modify the discovery and scheduling order in this case to extend the deadline to file a dispositive motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 82) is granted; and

2. Defendants shall file any dispositive motion on or before September 6, 2016.

DATED: May 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE